## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No._ 1:20-mj-03571-Becerra___

UNITED STATES OF AMERICA,

v.

LUIS MANUEL URRA MONTERO,
a/k/a "Flaco,"

      Defendant.

_____/

## CRIMINAL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? __ Yes  X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?_ Yes  X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared M. Strauss)? __ Yes  X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:        _____

LINDSEY LAZOPOULOS FRIEDMAN
Assistant United States Attorney
Fla. Bar No. 091792
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9168
Fax: (305) 564-9109
Lindsey.Friedman@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:20-mj-03571-Becerra |
| LUIS MANUEL URRA MONTERO, a/k/a "Flaco," | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 8-10, 2020 _____ in the county of ___ Miami-Dade, Broward ___ in the

___ Southern ___ District of ___ Florida ___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.  § 371 | Conspiracy |
| 18 U.S.C.  § 641 | Theft of Government Property |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Neil D'Cunha, S/A U.S. Agency for International Dev
_Printed name and title_

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: ___ sEPT. 11, 2020 ___

_____
_Judge's signature_

City and state: ___ Miami, Florida ___

Hon. Jacqueline Becerra, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Neil J. D'Cunha, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Office of the Inspector General (OIG) United States Agency for International Development Office of the Inspector General ("USAID"), currently assigned to the OIG Headquarters, Washington, D.C.  My current duties involve the investigation of a variety of federal offenses, including theft of government property, transportation of stolen property, money laundering, embezzlement and other violations of federal law.  I have been an USAID OIG Special Agent since September 2019.  Prior to employment as a Special Agent with USAID, I was employed as a Special Agent with the United States Army Criminal Investigation Command for approximately five (5) years.

2.      This Affidavit is submitted in support of a criminal complaint charging LUIS MANUEL URRA MONTERO ("MONTERO") with one count of Theft of Government Property, in violation of Title 18, United States Code, Section 641 and one count of Conspiracy, in violation of Title 18, United States Code, Section 371.  I respectfully submit that probable cause exists to charge MONTERO with participating in the theft of a 53-foot Hyundai trailer containing one hundred and ninety two (192) LTV2 2200 ventilators belonging to USAID.

3.      The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials in this investigation.  I have not included in this Affidavit each and every fact known to me.  Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against MONTERO for the above-described criminal violation.

## PROBABLE CAUSE

4.      On Sunday, August 9, 2020, around 1:47 AM, Yoelvis Dennis HERNANDEZ ("HERNANDEZ") participated in detaching a 53-foot Hyundai Trailer Vehicle Identification Number ("VIN")  3H3V532C7KT581375, from a tractor, while it was parked at a warehouse parking lot located at 3604 Quantum Boulevard, Boynton Beach, Florida 33435.  The trailer contained one hundred and ninety-two (192) LTV2 2200 medical ventilators owned by USAID, worth $3 million.

5.      The tractor trailer was parked at the above location by the driver employed by the owner of the trailer, Landstar Inc. while the truck driver spent the night at his residence located nearby.  The truck was scheduled to deliver the ventilators to the Miami International Airport and ultimately the ventilators were intended to be delivered to the United States Ambassador to the Republic of El Salvador, R.D.J.  The ventilators were part of an agreement signed between the United States of America and the Government of El Salvador to treat critically ill COVID-19 patients in El Salvador.

6.      On August 9, 2020, the truck driver reported the theft of the trailer to the Boynton Beach Police Department.

7.      Law enforcement reviewed security camera footage from security cameras located in the vicinity of 3600 Quantum Boulevard.  The footage revealed an unidentified white tractor without a trailer, arriving in the parking lot at approximately 1:47 AM, on August 9, 2020. Approximately an hour later, at or about 2:55 AM, the tractor was observed leaving the parking lot along with what appeared to be the Hyundai trailer in tow; the trailer in the footage is white with the icon of a star and the name "LANDSTAR" displayed prominently along the length of the trailer. The tractor towing the Hyundai trailer was distinctive: it was a white 2019 Freightliner

Cascadia Fleet model, with no rear windows and a logo of an Eagle affixed or painted on the passenger side of the tractor.

8.      On August 12, 2020, at approximately 8:00 AM, a Sheriff's Deputy with Broward County Sheriff's Office noticed a white trailer near 16000 Loxahatchee Road, Parkland, FL 33076. The Sheriff's Deputy passed the location again about an hour later and noticed the trailer was still there.  He stopped to examine the trailer and observed that the trailer was missing the license plate and white paint partially obscured the name, "LANDSTAR," which he could still see ran along the length of the trailer.  He was able to determine that the Vehicle Identification Number ("VIN") was 3H3V532C7KT581375.  A review of the VIN in the National Crime Information Center database indicated the trailer had been reported as stolen.  The trailer was empty and appeared to have been abandoned.  This trailer's VIN matched the VIN of the stolen trailer of medical ventilators from 3604 Quantum Boulevard on August 9, 2020.

9.      Investigation by law enforcement revealed that on July 23, 2020, a white 2019 Freightliner Cascadia Fleet model tractor along with a trailer, was stolen from a Kmart parking lot located at 12400 SW 8th Street, Miami, Florida 33184.  The tractor trailer was owned by Nationwide Freight Systems.

10.     Physical description of the tractor stolen from the Kmart parking lot matched the description of the tractor observed on the security cameras stealing the Hyundai trailer containing the one hundred and ninety-two (192) LTV2 2200 medical ventilators.

11.     Law enforcement contacted Daimler Trucks North America, LLC ("Daimler"), the parent company of Freightliner Inc., and learned that the stolen 2019 Freightliner Cascadia tractor was equipped with a telematics powered Global Positioning System ("GPS") equipment.  Daimler

3

has the ability to obtain historical location tracking for its trucks based on the GPS technology within its trucks.

12.     Daimler provided law enforcement with historical location tracking for the stolen tractor which revealed the that the tractor had been in the location of 3600 Quantum Boulevard in Boynton Beach on August 9, 2020, and had been in the vicinity of 16000 Loxahatchee Road on August 10, 2020 at the specific times matching the incidents.   The historical GPS location data also revealed that on August 19, 2020, the tractor was parked at a property in rural western Miami-Dade County, located 16500 SW 212th Avenue, Miami, Florida 33187 ("the Property"), and had been stationary at that location for five days.

13.     During surveillance by law enforcement on August 20, 2020, law enforcement observed a blue BMW X1 SUV with Florida license tags leaving the Property at approximately 10:55 AM through the only entrance onto and off the fenced Property.  Florida Highway Patrol pulled over the blue BMW X1 to conduct an investigatory traffic stop.  During the stop, the driver and sole occupant of the vehicle, YOELVIS DENIS HERNANDEZ ("HERNANDEZ"), provided Florida Highway Patrol with his Florida Driver License. The Florida Highway Patrol Trooper conducted a search of the Driver License on the Driver and Vehicle Information Database and discovered that HERNANDEZ's driver's license was suspended.  The Florida Highway Patrol Trooper arrested HERNANDEZ for driving with a suspended license.  Law enforcement recovered the ignition key fob the BMX X1 along with four unidentified keys attached to the key ring.  The key ring was collected by law enforcement during the inventory of the BMW X1.  The BMW X1 is a rental car and is not titled to HERNANDEZ.

14.     HERNANDEZ was released from custody on a $150 bond posted by Luis Manuel Urra MONTERO.

4

15.     On August 20, 2020, pursuant to a federal search warrant (20-mj-3439-Goodman), USAID and Federal Bureau of Investigations conducted a search of the Property.  During the execution of the search warrant, law enforcement found the stolen 2019 Freightliner Cascadia tractor along with a white in color trailer secured with a master lock.  The master lock was cut with a grinder, which revealed the LTV2 2200 ventilators and accessories with USAID-branded packaging concealed within the trailer.  The packaging and branding were consistent with the packaging and branding of the stolen ventilators and were later confirmed to be the stolen ventilators.

16.     Law enforcement subsequently compared the cut master lock with the keys found on the BMW key ring at the time of HERNANDEZ's arrest.  Law enforcement was able to open the master lock from the trailer with two of the four keys recovered from HERNANDEZ's key ring following the traffic stop.  A third key was able to open the padlock used to secure the entry/exit of the Property.

17.     Law enforcement interviewed A.R., property owner of the Property.  A.R. told law enforcement that HERNANDEZ had paid A.R. $140.00 to park the tractor trailer on his property. A.R. identified HERNANDEZ as the individual who paid him $140.00 to park the truck and trailer. A.R. also told law enforcement that he had given HERNANDEZ a key to the padlock used to secure the entry/exit of the Property.

18.     I obtained an arrest warrant and a sworn criminal complaint for the arrest of HERNANDEZ on August 24, 2020 (1:20-mj-03449-AOR).

19.     Law enforcement investigated the relationship between HERNANDEZ and MONTERO using open source records, and found that MONTERO, HERNANDEZ, and another

individual had been arrested by the Collier County Sherriff's Office in September 2019, in connection with a stolen tractor and trailer.

20.     Law enforcement interviewed MONTERO who confirmed he was an acquaintance of HERNANDEZ and admitted to posting a bond subsequent to HERNANDEZ's arrest on August 20, 2020. MONTERO denied participating in the theft of the trailer containing the USAID funded ventilators from 3604 Quantum Boulevard on August 9, 2020. MONTERO claimed that he had no further information pertaining to the theft of the trailer or the USAID funded ventilators. MONTERO voluntarily provided his cellular phone LG X-220MB for digital forensic examination by law enforcement.

21.     During MONTERO's interview, law enforcement observed a dark in color, four door 2016 Maserati Ghibli sedan with a Florida license plate parked in the backyard of 4225 SW 85th Avenue, Miami, Florida 33155, MONTERO's residence. MONTERO admitted borrowing the Maserati sedan from his cousin, O.B.C.

22.     Furthermore, MONTERO informed law enforcement that he was registered in the Miami-Dade Monitored Release Program of the Department of Corrections and Rehabilitation, and was wearing an ankle monitor. MONTERO informed law enforcement that the GPS data from the ankle monitor could verify his whereabouts on the date and time the trailer was stolen.

23.     Forensic examination of MONTERO's cellular call logs revealed that on the date of the theft, August 9, 2020, MONTERO received three calls from an individual, later identified as ARIAM PRADO MIRANDA ("MIRANDA") at 1:44 AM, 2:57 AM, and 3:01 AM. The time stamps of the two calls received by MONTERO are consistent with the times at which the tractor arrived at and then departed from the 3600 Quantum Boulevard location, the location of the theft of the trailer containing the USAID funded ventilators.

24.     Law enforcement reviewed the GPS data from MONTERO's ankle monitor which revealed that on August 9, 2020, MONTERO was present at 3606 Quantum Boulevard from 1:47AM to 2:22 AM and then again from 2:24 AM to 2:57 AM.  This address—3606 Quantum Boulevard—is about 200 feet from the location of the theft of the trailer.  At 02:23 AM, August 9, 2020, MONTERO's GPS data revealed he was present at 1107 E Gateway Boulevard, Boynton Beach, Florida 33426, for one (1) minute, which is about 500 feet from the location of the theft of the trailer.

25.     GPS data from MONTERO's ankle monitor further revealed that the previous evening, August 8, 2020, MONTERO was present at 3606 Quantum Boulevard from 9:38 PM to 10:02 PM.  Law enforcement reviewed surveillance footage from that time period from two business establishments located in the vicinity of 3606 Quantum Boulevard and viewed what appeared to be a dark colored, four door Maserati Ghibli sedan driving through the parking lot of 3606 Quantum Boulevard between 9:38 PM to 10:02 PM.

26.     Law enforcement interviewed M.R., the spouse of the A.R., the property owner of 16500 SW 212th Avenue where the stolen tractor and USAID funded ventilators were recovered.  M.R. confirmed witnessing HERNANDEZ and MONTERO on the property together.  M.R. stated that a few weeks ago, she witnessed MONTERO and HERNANDEZ talking to her husband, A.R., while they inquired about renting a parking space for a tractor trailer on the property.


[THIS SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

27.     Based on my training and experience, and as further supported by the facts in this Affidavit, I respectfully submit that probable cause exists to charge MONTERO with participating in the theft of a 53-foot Hyundai trailer containing one hundred and ninety two (192) LTV2 2200 ventilators and accessories belonging to USAID and in the care, custody, control and possession of Landstar Inc., in violation of Title 18, United States Code, Section 641, and conspiracy in violation of Title 18, United States Code, Section 371.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
NEIL J. D'CUNHA, SPECIAL AGENT
U.S. AGENCY FOR INT'L DEVELOPMENT

Attested to by the applicant in accordance with Federal Rule Criminal Procedure 4.1 by Telephone this ___1 day of September, 2020.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

8